RECEIVED
IN LAKE CHARLES, LA

FEB - 1 2013

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**IVORY SIMON**

**CIVIL ACTION NO. 2:10-cv-1370**
**SECTION P**

**VS.**

**JUDGE PATRICIA MINALDI**

**WARDEN ALLEN CORRECTIONAL CENTER**

**MAG. JUDGE KATHLEEN KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 21] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that this petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 30 day of ___January___ 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE