RECEIVED
IN LAKE CHARLES, LA.

FEB 26 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| IVORY L. SIMON | CIVIL ACTION NO. 2:10CV1370 |
| VERSUS | JUDGE MINALDI |
| WARDEN ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 23 day of Feb, 2013.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE